UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 07-998-01 |
| v. | : | O R D E R |
| SANDY CHAVEZ, | : |  |

The defendant has filed a letter application requesting an early termination of Probation,

It is on the day 17ᵀᴴ of JULY, 2009

ORDERED that defendant's letter application for early termination of Probation is hereby granted.

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.